UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                        CHAPTER 13 PROCEEDINGS
**SARAH MICHELLE GREENE**        CASE NUMBER :   18-21619
                                        HONORABLE DANIEL OPPERMAN

Soc. Sec. No.: xxx-xx-4054

Prepared by:                                Debtor Attorney:
**Thomas W McDonald, Jr. (P32464)**    **Matthew Frey (P68239)**

## ORDER RELEASING DEBTOR WAGES

    In accordance with the order of confirmation the employer of the above named debtor has transmitted regularly to the Trustee a portion of the debtor's wages.

    Sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

    Therefore, the above named debtor having completed their Chapter 13 Plan, **IT IS HEREBY ORDERED** that **Dow Chemical Co** the debtor's employer no longer withhold any money from the debtor's earnings to be paid to the Trustee.

    **IT IS FURTHER ORDERED** that the employer refund to the debtor any money which they may now have on hand as a result of such withholdings.

**Signed on March 8, 2023**

                                                              /s/ Daniel S. Opperman
                                                               **Daniel S. Opperman**
                                                               **United States Bankruptcy Judge**